**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10197 |
| Plaintiff - Appellee, | D.C. No. 3:13-cr-08136-NVW |
| v. | |
| PABLO ARTEMIO BASOCO, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Neil V. Wake, District Judge, Presiding

Submitted January 21, 2015**

Before:     CANBY, GOULD, and N.R. SMITH, Circuit Judges.

Pablo Artemio Basoco appeals from the district court's judgment and

challenges the 12-month sentence imposed upon revocation of supervised release.

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Basoco contends that his sentence is substantively unreasonable in light of the

---

\*          This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*          The panel unanimously concludes this case is suitable for decision
without oral argument.   *See* Fed. R. App. P. 34(a)(2).

allegedly minor nature of the violation and because this is his first revocation. The district court did not abuse its discretion in imposing Basoco's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Basoco's apparent unsuitability for supervised release. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**